United States Courts
Southern District of Texas
FILED

**AUG 24 2023**

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Jason David Mckinney**

**CRIMINAL COMPLAINT**

Case Number: C-23-647M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about       **August 23, 2023**    in     **Brooks**     County, in the
                                                                              (Date)

Southern District of Texas, defendant,       **Jason David Mckinney**

did knowingly flee or evade a checkpoint operated by the Immigration and Naturalization Service, or any other Federal enforcement agency, in a motor vehicle and flees Federal, State or local law enforcement agents in excess of the legal speed limit.

in violation of Title        **18**        United States Code, Section(s)        **111, 758**        .
I further state that I am a(n)       **Border Patrol Agent**       and that this complaint is based on the
                                              Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent   **Michael Hibdon**

Continued on the attached sheet and made a part of this complaint:       **X** Yes      ☐ No

Submitted by reliable electronic means, sworn to, signature
attested telephonically per Fed.R.Crim.P.4.1, and probable cause
found on the:

_Signature of Complainant_
**Michael Hibdon**
Printed Name of Complainant

August 24, 2023
Date

at      Corpus Christi, Texas
              City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report /affidvit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## FACTS/DETAILS:

On August 23, 2023, at approximately 12:45 a.m., a Border Patrol Agent assigned primary inspection duties at the Falfurrias, Texas United States Border Patrol checkpoint encountered a purple in color tractor pulling a trailer. As the vehicle approached the primary inspection lane of the checkpoint, the agent observed two visible occupants. The vehicle, at that time, was being operated by a subject, later identified as Jason David McKinney. Once the vehicle came to a stop at the primary agent's location, the driver, McKinney cracked the window approximately two inches, which was not enough for the agent to communicate with McKinney. At that point, the agent attempted to greet McKinney and conduct an immigration inspection of all occupants inside the vehicle. As the agent attempted to ask if there were any other occupants inside the vehicle, McKinney made some unintelligible hand gestures and responded vocally in the same manner. The agent was not able to hear the responses due to the fact the window was barely open, and the diesel engine of the tractor was overpowering. The agent then informed McKinney that he was unable to hear his responses. McKinney responded by showing the agent some additional hand gestures and began to pull away from the agent's position. At that point, the agent raised his voice and told McKinney he was not free to leave. At the same time, another agent responded to the primary agent's location and yelled at McKinny to stop. McKinney ignored the orders of both agents and sped away from the checkpoint.

As McKinney sped away from the checkpoint, the primary agent made notifications via service radio that a subject had just fled from the checkpoint. Several agents responded and pursued the tractor and trailer. As the agents approached the tractor and trailer in marker Border Patrol vehicles with their emergency equipment activated, McKinney failed to yield. One of the pursing agents, assumed McKinney was not able to see or hear the pursing vehicles emergency equipment, so the agent pulled alongside the tractor, and yelled out the window for McKinney to pull over. McKinney yelled back and responded that he wanted someone with authority to pull him over. Shortly after, he yelled once again, he wanted someone with jurisdiction to pull him over. At that point, the agents advised via service radio that they were involved in an active pursuit. After a short time had elapsed, McKinney then drove into the U.S. Highway 281 rest area, which is approximately three miles north of the checkpoint. McKinney exited the tractor, started yelling and stated once again, he wanted someone with authority to pull him over. The agent then informed McKinney he was being detained and was therefore not free to leave. McKinney then stated he needed someone with authority and proceeded to walk away. The agent then grabbed McKinney's arm and McKinney became combative. McKinney started pushing the three agents on scene and was resisting. At that point, a struggle ensued and all the agents to include McKinney ended up on the ground. After a struggle, agents were able to place

McKinney in handcuffs despite his continued resistance. McKinney sustained an injury to his forehead while resisting the agents. McKinney was placed under arrest and placed inside a service vehicle and was provided medical care shortly after. After receiving medical care, McKinney was transported to the Falfurrias Border Patrol Station for processing.

**NOTE:**  It was determined that all additional subjects traveling inside the vehicle which were McKinney's wife and two small children, were United States Citizens. The children's ages were one and six years old.

**MIRANDA RIGHTS WARNING:** McKinney was read his Miranda Rights in his preferred language at the time of his arrest.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Jason David McKinney for prosecution of 18 USC 111, and 758, Assaulting or Resisting a federal employee, and High speed flight from immigration checkpoint.

Michael Hibdon
Border Patrol Agent

Submitted by reliable electronic means, sworn to signature
attested telephonically per Fed.R.Crim.P.4.1, and probable
cause found on this day August 24, 2023.

Jason B. Libby
United States Magistrate Judge